AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Ricky Lee Harris Germany<br>2192 Agler Road<br>Columbus, OH 43224<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 2:18-mj-853<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 17, 2018__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1709 | Theft of mail matter by officer or employee |
| 21 USC 841 (a)(1), (b)(1)(A), (D) | Prohibited acts - Possession with intent to distribute controlled substances |

This criminal complaint is based on these facts:

See the attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Dustin Rambacher, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov. 18, 2018

*Judge's signature*

City and state: Columbus, Ohio

Elizabeth A. Preston Deavers, US Magistrate Judge
*Printed name and title*

Affidavit in Support of Criminal Complaint, Ricky Lee Harris Germany

I, Dustin L. Rambacher, being duly sworn, deposes and states the following:

1. I am a Special Agent for the U.S. Postal Service Office of Inspector General (USPS OIG) assigned to conduct general investigations of USPS employees. I have been a USPS OIG Special Agent since 2011. Part of my duties include the investigation of violations of the United States Code concerning the theft of mail by USPS employees. I also have training and experience investigating the mailing of illegal drugs, their proceeds, and the theft, rifling, destruction, mistreatment, willful delay, or tampering of the U.S. Mail. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center at Glynco, Georgia. I have a Bachelor's degree in criminal justice from the University of Mount Union and a Master's degree in criminal justice from the University of Cincinnati.
2. The information in this affidavit is based on personal knowledge and information provided to me by other law enforcement officers and individuals. The information in this affidavit is provided for the limited purpose of establishing probable cause. The information is not a complete statement of all facts related to this case.
3. On September 11, 2018, the USPS OIG received an anonymous complaint that was filed with the Columbus, OH Police Department pertaining to alleged narcotics activity involving a USPS employee. According to the complainant, Ricky Harris Germany stole over 100 pounds of "weed" out of the mail over the past six months. The complainant stated that Harris Germany looks for large parcels from California, Texas, and Arizona and checks the parcels on his lunch break to see if they contain drugs. The complainant stated Harris Germany would take the parcels inside his residence if they contained drugs, then provides the drugs to a contact who sells the drugs and gives Harris Germany a share of the money.
4. Through my training and experience, I am aware that rogue USPS employees have been known to engage in various schemes to obtain illegal drugs through the U.S. Mail. In one of those schemes, USPS employees profile possible drug parcels based on characteristics of the parcels, such as their originating state, size, packaging method, class of mail service, and scent. In this scheme, one or employees can be involved in the detection and theft of the suspected drug parcels, with or without an external co-conspirator.

5. Harris Germany is currently employed by the USPS as a City Carrier at the Columbus-Oakland Park Station, located at 2200 Innis Road, Columbus, OH 43224. Harris Germany entered on duty with the USPS in June 2013. Harris Germany is currently assigned to City Route 7 in ZIP Code 43224 (43224-C007).

6. According to USPS and Ohio Bureau of Motor Vehicles records, Harris Germany's residence of record is 2192 Agler Road, Columbus, OH 43224.

7. On October 17, 2018, the USPS OIG conducted surveillance of Harris Germany as he worked inside the Columbus-Oakland Park Station. During the surveillance, the affiant observed Harris Germany take a white parcel with a handwritten address from the parcel hamper for route 43224-C025 and put it in his parcel hamper for route 43224-C007. Harris Germany departed the post office with the parcel as he left to begin delivering mail. Later that day, the USPS OIG conducted surveillance on Harris Germany's residence. The affiant observed the USPS delivery vehicle assigned to Harris Germany's delivery route parked in front of Harris Germany's residence. The affiant saw an unidentified black male walking down the sidewalk away from Harris Germany's residence and his assigned delivery vehicle. The unidentified black male had a white parcel in his hands that matched the description of the parcel that Harris Germany was observed taking from the route 43224-C025 parcel hamper earlier that day. The unidentified black male walked over toward a refuse dumpster located west of Harris Germany's residence. When the unidentified black male walked away from the dumpsters, the parcel was no longer in his hands. After Harris Germany and the unidentified black male departed the area, the affiant recovered the parcel from the dumpster. Residual amounts of a green leafy substance were observed in the parcel, which field-tested positive for marijuana. A query of the parcel tracking number located on the parcel showed that the parcel was scanned as "Arrival at Unit" at the Columbus-Oakland Park Station the day of the surveillance and it was scheduled for delivery that day on route 43224-C025. The affiant determined the parcel was originally mailed from Livermore, CA. USPS records indicate the parcel weighed 7 pounds 9 ounces.

8. On October 25, 2018, the affiant received a complaint from USPS management at the Columbus-Oakland Park Station. According to the complainant, an Express parcel addressed to a residence on Shanley Drive in Columbus, OH 43224 went missing from the unit. The complainant stated that another member of management at the post office observed Harris Germany "pacing around" the office prior to the parcel going missing.

9. Later on October 25, 2018, the USPS OIG conducted surveillance on Harris Germany's residence. During the surveillance, the affiant observed Harris Germany park the USPS delivery vehicle assigned to his route in front of his residence. The affiant observed Harris Germany take a large brown parcel out of the rear cargo area of the delivery vehicle and walk toward his residence. Later, a black male with cardboard under his arm was observed walking northbound on Baughman Avenue away from the location of Harris Germany's residence. After Harris Germany departed the area, the USPS OIG recovered a large brown Express parcel addressed to a residence on Shanley Drive from a refuse dumpster located north of Harris Germany's residence near Baughman Avenue. The affiant determined the parcel was originally mailed from San Francisco, CA. USPS records indicate the parcel weighed 18 pounds 7 ounces. The parcel was scanned as "Arrival at Unit" at the Columbus-Oakland Park Station earlier the day of the surveillance.
10. On November 7, 2018, the affiant conducted surveillance on Harris Germany's residence. The affiant observed Harris Germany remove two parcels from his assigned USPS delivery vehicle and take them inside his residence. According to USPS records, there were no parcels that day that were to be delivered to Harris Germany's residence.
11. On November 9, 2018, the affiant appeared before U.S. District Court, Southern District of Ohio, Magistrate Judge Kimberly A. Jolson and applied for a federal search warrant for Harris Germany's residence.
12. On November 17, 2018, the USPS OIG and the United States Postal Inspection Service (USPIS) executed the federal search warrant at Harris Germany's residence. During the search of the residence, agents found two open parcels in Harris Germany's bedroom that were addressed to locations in Columbus, OH 43224. Neither of these parcels were addressed to Harris Germany or his residence. Also found during the search were multiple bags of suspected marijuana, a syringe containing a brown liquid, other unknown substances, plastic baggies, a scale, and several firearms. A field-test of one of the substances, weighing approximately 1.4 kilograms, tested positive for Methamphetamine. Methamphetamine is a Schedule II controlled substance.
13. On November 17, 2018, the USPS OIG and USPIS interviewed Harris Germany. Harris Germany admitted stealing U.S. Mail parcels to obtain narcotics. Harris Germany said he would sell the contents to local buyers. Harris Germany said that when he would steal parcels, he would target

parcels coming from California. Harris Germany said he was looking for marijuana in the parcels that he stole.

14. Based on the foregoing facts, I respectfully request an arrest warrant be issued for Ricky Lee Harris Germany for violations of 18 US Code Section 1709 and 21 US Code Section 841 (a)(1), (b)(1)(A), (D).

Dustin L. Rambacher
Special Agent
U.S. Postal Service
Office of Inspector General

Sworn and subscribed before me this ___19th___ day of November 2018.

Elizabeth A. Preston Deavers
U.S. Magistrate Judge