UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICKY LEE HARRIS GERMANY<br><br>Defendant. | CASE NO. 2:19cr66<br><br>JUDGE  Judge Marbley<br><br>INDICTMENT<br><br>21 U.S.C. § 846<br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)<br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)D)<br>18 U.S.C. § 1709<br><br>FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

### COUNT 1
### Conspiracy to Possess with Intent to Distribute Controlled Substances

From on or about October 17, 2018 through on or about November 17, 2018, the exact dates being unknown, in the Southern District of Ohio and elsewhere, the defendant, **RICKY LEE HARRIS GERMANY**, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with other individuals, known and unknown to the Grand Jury, to possess with intent to distribute controlled substances, and distribute controlled substances: including 500 grams or more of a mixture and substance containing a detectible amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance; and marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(D).

## COUNT 2
## Possess With Intent to Distribute Methamphetamine

On or about November 17, 2018, in the Southern District of Ohio, the defendant, **RICKY LEE HARRIS GERMANY**, did knowingly, intentionally, and unlawfully possess with intent to distribute 500 grams or more of a mixture and substance containing a detectible amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).**

## COUNT 3
## Possess With Intent to Distribute Marijuana

On or about November 17, 2018, in the Southern District of Ohio, the defendant, **RICKY LEE HARRIS GERMANY**, did knowingly, intentionally, and unlawfully possess with intent to distribute a mixture or substance containing a detectible amount of marijuana, a Schedule I controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).**

## COUNT 4
## Theft of Mail by Postal Employee

From on or about October 17, 2018 through on or about November 17, 2018, the exact dates being unknown, in the Southern District of Ohio and elsewhere, the defendant, **RICKY LEE HARRIS GERMANY**, then a Postal Service employee, did embezzle packages, and mail, and articles contained therein which came into his possession intended to be conveyed by mail, and carried and delivered by any carrier, or other person employed at the Postal Service.

**In violation of Title 18, United States Code, Section 1709.**

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are incorporated herein for the purpose of alleging forfeiture to the United States under 21 U.S.C. § 853(a)(1) and (2).

2. Upon conviction of one or more of the controlled substance offenses alleged in Counts 1, 2, or 3 of this Indictment, the defendant, **RICKY LEE HARRIS GERMANY**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

3. Substitute Assets: If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

3

Forfeiture in accordance with 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL

s/ Grand Jury Foreperson
FOREPERSON

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

s/ Jonathan J.C. Grey
JONATHAN J.C. GREY, (6292918-IL)
Assistant United States Attorney